

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE: ) CASE NO. 1:12-SW-00020 BAM
)
SEARCH OF 511 WEST ASHLAN, ) ORDER
CLOVIS, CA )
)

Upon request of the United States of America and for good cause shown from the matters set forth in the Government's Motion to Unseal Search Warrant,

IT IS HEREBY ORDERED that the search warrant, application and affidavit for case number 1:12-SW-00020 BAM be unsealed.

DATED: May __, 2013

_____
HONORABLE BARBARA A. McAULIFFE
U.S. Magistrate Court Judge